FILED
CLERK, U.S. DISTRICT COURT
6/28/23
CENTRAL DISTRICT OF CALIFORNIA
BY: V. Figueroa DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM BENFORD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LLOYD E. HALL, AS TRUSTEE OF THE LLOYD E. HALL AND BARBARA T. HALL 1980 FAMILY TRUST et al.,<br><br>　　　　Defendants. | CV 22-03337-PSG-AS<br><br>JUDGMENT OF DISMISSAL |

Pursuant to the Court's June 28, 2023 Minute Order, which denied the Motion for Default Judgment filed by Plaintiff Sam Benford ("Plaintiff") against Defendant John Warren, Trustee of the John and Lauren Warren Trust ("Defendant"), it is HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's action is dismissed without prejudice for lack of Article III standing.

DATED: June 28, 2023

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Philip S. Gutierrez
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE